No. 61. HENDERSON, WARDEN *v.* PRYOR. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. *Edward P. A. Smith* for petitioner.
[For earlier order herein, see 394 U. S. 969.]

No. 248. HEROLD, STATE HOSPITAL DIRECTOR *v.* SCHUSTER. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, *Maria L. Marcus,* Assistant Attorney General, and *Arlene R. Silverman,* Deputy Assistant Attorney General, for petitioner. *George J. Alexander* and *Melvin L. Wulf* for respondent.

No. 326. MYERS, CORRECTIONAL SUPERINTENDENT *v.* GOCKLEY. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. *Angelo J. Baro* for petitioner.

No. 109. DORSEY *v.* NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *J. Minos Simon* for petitioner.

No. 207. MEEK *v.* ARIZONA. Ct. App. Ariz. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Mark Wilmer* for petitioner. *Gary K. Nelson,* Attorney General of Arizona, and *Carl Waag,* Assistant Attorney General, for respondent.